# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50917
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 26, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

JESUS NEVAREZ-SALAZAR, also known as Jesus Salazar,
also known as Jesus Gerardo Nevares, also known as Jesus Navares Salazar,
also known as Jesus Nevarez, also known as Jesus Salazar Neverez,
also known as Jesus Nevarez Salazar, also known as Jesus Salazar Nevarez,

Defendant−Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 5:17-CR-480-1

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50917

The Federal Public Defender appointed to represent Jesus Nevarez-Salazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Nevarez-Salazar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.